FLORY BROS.

VS

PASCAL MANCUSO & al.

No. 8644

June 5th, 1922.

On motion to remand.

From a judgment against the plaintiffs they have appealed. Owing to the continued failure of the stenographer to deliver the testimony taken by him on the trial of this case, and owing to his subsequent death, the plaintiffs moved to remand this case to the District Court for a new trial.

On the authority of Falcon vs Corona No. 8254 of this Court,

It is ordered that the judgment of the District Court herein be reversed and set aside, and that this case be remanded for a new trial, all costs to await the final judgment.

June 5th, 1922.